UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　v.<br><br>JUAN RODRIGUEZ, and JOSE MARTINEZ,<br><br>　　　　　　　　　　Defendants. | 96-Cr-959 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

　　The petition for defendant Jose Martinez having been reassigned to this Court pursuant to Rules 13 and 14 of the Rules for the Division of Business Among District Judges, the Court will consider these matters jointly in accordance with the briefing schedule set forth below.

　　Accordingly, IT IS HEREBY ORDERED that:

1. On or before August 6, 2020, defendants Juan Rodriguez and Jose Martinez shall file section 2255 motions (either separately or jointly) in accordance with the mandates issued by the U.S. Court of Appeals for the Second Circuit.

2. On or before August 27, 2020, the government will file its joint response to the motions.

3. On or before September 3, 2020, defendants Juan Rodriguez and Jose Martinez may file a reply to the government's response.

4. The Clerk of Court is directed to reopen civil cases 18-Cv-1072 (SHS) and 18-Cv-8277 (SHS) and to file a copy of this Order in both civil cases.

Dated:　New York, New York
　　　　　June 24, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.