UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 96-Cr-959 (SHS) |
| -v- | : | ORDER |
| JUAN RODRIGUEZ and JOSE MARTINEZ, | : | |
| | : | |
| Defendants. | | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On August 18, 2021, in a Memorandum and Order this Court denied defendants' successive motions pursuant to 28 U.S.C. § 2255 to vacate their convictions for possession and use of a firearm in relation to a crime of violence in violation of 18 U.S.C. § 924(c) [ECF Doc. No. 162].

Defendants have now requested that the Court reconsider its ruling. Having presented no basis for the Court to do so, that request is denied. Defendants' submission [ECF Doc. No. 163] also requests the appointment of counsel; this matter having been concluded, that request is also denied.

Dated: New York, New York
September 20, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.